RICHLAND COUNTY BAR ASSOCIATION *v.* BEILSTEIN.

[Cite as *Richland Cty. Bar Assn. v. Beilstein* (1995), 72 Ohio St.3d 24.]

(No. 94–2649—Submitted January 24, 1995—Decided April 12, 1995.)

*Eric S. Miller,* for relator.

*Mark H. Aultman,* for respondent.

*Per Curiam.* We have reviewed the record in this case and concur in the board's findings of misconduct and its recommendation. Thus, we hereby publicly reprimand respondent for having violated DR 1–102(A)(4), 6–101(A)(3) and Gov.Bar R. V(4)(G). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.